# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MARK ANTHONY WILLIAMS

NO. 2024 KW 1018

**DECEMBER 4, 2024**

---

In Re:   Mark Anthony Williams, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, Nos. 584636, 587205, 587589, 589732.

---

**BEFORE:   WOLFE, MILLER, AND GREENE, JJ.**

**WRIT NOT CONSIDERED.** Counsel failed to comply with Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(10), by failing to include all the relevant criminal court minutes in these four cases, and any other portions of the district court record that might support the claim that the delay to commence trial in these cases has elapsed. Counsel also failed to comply with Rule 4-5(A), by failing to include in the affidavit the telephone numbers for the judge and opposing counsel, and she failed to comply with Rule 4-5(C)(9), by failing to include a copy of the State's opposition or a statement that no written opposition was filed. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Because the trial in this matter is scheduled for February 21, 2025, in the event relator elects to file a new application with this court, the application shall be delivered to this court by 4:00 p.m. on January 3, 2025, and the application should comply with the requirements of Rule 4-4 concerning requests for expedited consideration. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**EW**
**SMM**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT